ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

DEC 2 2 2008

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| JEFFREY ALAN WASLEY | : | 1:08-cr-498 |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning on a date unknown to the Grand Jury, but at least by July 17, 2008, in the Northern District of Georgia, the defendant, JEFFREY ALAN WASLEY, knowingly employed, used, persuaded, induced, or coerced a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, said visual depiction having been produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

### COUNT TWO

Beginning on a date unknown to the Grand Jury, but at least by July 17, 2008, in the Northern District of Georgia, the defendant, JEFFREY ALAN WASLEY, knowingly received child pornography, that is, computer graphic images, the production of which involved the use of minor children engaging in sexually explicit conduct, that had been shipped and transported in interstate and foreign commerce by

any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2256(8)(A).

### COUNT THREE

Beginning on a date unknown to the Grand Jury, but at least by December 11, 2008, in the Northern District of Georgia, the defendant, JEFFREY ALAN WASLEY, knowingly received child pornography, that is, computer graphic images, the production of which involved the use of minor children engaging in sexually explicit conduct, that had been shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2256(8)(A).

A _____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_____
FRANCEY HAKES
ASSISTANT UNITED STATES ATTORNEY
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6185
404/581-6156 (fax)
State Bar No. 317420

2